## MOTIONS FOR RECONSIDERATION

**2013–0692.   Gentile v. Gentile.**
Cuyahoga App. No. 97971, 2013-Ohio-1338. ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮ On motion for reconsideration. Motion denied.
KENNEDY, J., dissents and would grant the motion for reconsideration as to proposition of law No. I.

**2013–0795.   State v. Ojile.**
Hamilton App. Nos. C–110677 and C–110678, 2012-Ohio-6015. ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ On motion for reconsideration. Motion denied.
O'NEILL, J., dissents.

**2013–0953.   State ex rel. Pishok v. Judges of the Third Dist. Court of Appeals.**
In Mandamus. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ On motion for
reconsideration. Motion denied.

**2013–0962.   State ex rel. Pace v. Montgomery Cty. Bd. of Elections.**
In Mandamus. ▮▮▮▮▮▮▮▮▮▮▮ On motion for
reconsideration. Motion denied.
PFEIFER, Acting C.J.
O'DONNELL and FRENCH, JJ., dissent.
O'CONNOR, C.J., not participating.

**2013–1023.   State ex rel. Ohio Real Estate Auctions, L.L.C. v. Burt.**
In Mandamus and Prohibition. ▮▮▮▮▮▮▮▮▮▮▮▮▮ On
amended motion for reconsideration. Motion denied. On motion to strike respondent's affidavit or, in the alternative, to strike paragraphs 3 and 9 through 18, and for leave to amend relators' complaint. Motions denied.

**2013–1120.   State v. Lanik.**
Summit App. No. 26192, 2013-Ohio-361. ▮▮▮▮▮▮▮▮▮
▮▮▮ On motion for reconsideration. Motion denied.
PFEIFER, Acting C.J.
O'NEILL, J., dissents.
O'CONNOR, C.J., not participating.

## CASE ANNOUNCEMENTS

*January 3, 2014*

[Cite as *01/03/2014 Case Announcements*, 2014-Ohio-5.]

## DISCIPLINARY CASES

**2008–1203.   Cleveland Metro. Bar Assn. v. McFaul.**
On December 6, 2013, respondent, Kevin T. McFaul, filed an application for termination of probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R. V(9)(D) and with its order, dated December 3, 2008, in which the court suspended respondent from the practice of law for a period of two years, with the entire suspension stayed on conditions.

On consideration thereof, it is ordered by this court that the probation of respondent, Kevin T. McFaul, Attorney Registration No. 0033568, last known business address in Cleveland, Ohio, is terminated.

It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.